UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| Savent Financial, LLC, Highcrest Lending Corporation, Highcrest Opportunities Lending Corporation, SFL-HLC ABS Facility, LLC, and SFL-HOLC ABS Facility, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>Kevin Adler, Modo Capital, LLC, Renegade Renewables, LLC, BPF Acquisition Co. Series 11, LLC,<br><br>*Defendants*. | Case No. 2:25-cv-00198-KHR |

FILED
3:46 pm, 9/3/25
Margaret Botkins
Clerk of Court

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF EMERGENCY MOTION FOR IMMEDIATE APPOINTMENT OF RECEIVER

**WHEREAS** this matter came before the Court on Plaintiffs' Motion And Memorandum of Law in Support of Expedited Consideration of Emergency Motion for Immediate Appointment of a Receiver ("***Motion***"); and the Court, having reviewed said motion and being fully advised in the premises, finds good cause exists to grant the Motion.

**NOW, THEREFORE**, **IT IS HEREBY ORDERED** that Defendants may file an opposition to the underlying motion no later than September 17, 2025.

It is hereby also **ORDERED** that a hearing has been set on Plaintiff's "Motion for Immediate Appointment of a Receiver" for September 24, 2025 at 9:00 a.m. at the Joseph C. O'Mahoney Federal Center, 2120 Capitol Avenue, Cheyenne, WY 82001.

Plaintiff shall forthwith serve all named Defendants with the Motion for Immediate Appointment of Receiver and corresponding Memorandum in Support.

Dated this 3rd day of September, 2025

Kelly H. Rankin
United States District Judge